**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6078

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CLAUDE SLOAN,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00004-JPJ-1)

Submitted:  July 20, 2023                                    Decided:  July 25, 2023

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Claude Sloan, Appellant Pro Se.  Steven Randall Ramseyer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Sloan appeals the district court's order summarily denying Sloan's petition for actual innocence and selective prosecution. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's order. *United States v. Sloan*, No. 2:18-cr-00004-JPJ-1 (W.D. Va. Dec. 12, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court did not explain its reasoning for denying Sloan's petition, our review of the record reveals that the petition is properly construed as an unauthorized, successive 28 U.S.C. § 2255 motion and, thus, was subject to dismissal on that basis. *See United States v. Caldwell*, 7 F.4th 191, 200 n.4 (4th Cir. 2021) ("[W]e may affirm on any grounds apparent from the record" (internal quotation marks omitted)).